UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

DANIELLE PETERSON,

                              Plaintiff,

                                                              **NOTICE OF APPEARANCE**

              v.

                                                              1:26-cv-02365 (LJL)

NEW YORK CITY HEALTH + HOSPITALS
CORPORATION,

                              Defendant.

-------------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that I am an Assistant Corporation Counsel in the

Office of Steven Banks, Corporation Counsel of the City of New York, assigned to represent

Defendant New York City Health + Hospitals Corporation ("Defendant") in the above-captioned

matter. Accordingly, I respectfully request that any future correspondence, filings, ECF

notifications, or other information relating to this matter be addressed to me at the address below.


Dated: New York, New York
       May 6, 2026

                                            Respectfully Submitted,

                                            **STEVEN BANKS**
                                            Corporation Counsel of the
                                              City of New York
                                            Attorney for the Defendant
                                            100 Church Street, Rm. 2-126
                                            New York, New York 10007-2601
                                            (212) 356-2658
                                            klinnane@law.nyc.gov


                                             /s/
                                            _____
                                            Kathleen M. Linnane
                                            Assistant Corporation Counsel


To: All Counsel of Record (via ECF)